# Thompson Coburn LLP

One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000
www.thompsoncoburn.com

October 8, 2010

Kimberly M. Bousquet
314-552-6099
FAX 314-552-7099
kbousquet@
thompsoncoburn.com

The Honorable Ann D. Montgomery
U.S. District Judge, District of Minnesota
United States District Court
13 W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: Case 0:10-cv-02585-ADM-JJG, Gander Mountain Company v. World Financial Network National Bank

Dear Judge Montgomery's Chambers:

This letter is to notify the Court that Gander Mountain withdraws its Motion to Dismiss Defendant's Counterclaim, as Defendant has filed an Amended Counterclaim. Please note that the hearing scheduled for Gander Mountain's Motion to Dismiss, currently set for October 15, 2010, at 9:00 am, may be removed from the Court's calendar.

Very truly yours,

Thompson Coburn LLP

By Kimberly M. Bousquet

KMB/

**Chicago**      **St. Louis**      **Southern Illinois**      **Washington, D.C.**