UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GANDER MOUNTAIN COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 10-cv-02585-ADM/JJG |
| | ) |
| WORLD FINANCIAL NETWORK NATIONAL BANK, | ) |
| | ) |
| Defendant. | ) |

## STIPULATED DISMISSALS

Plaintiff/Counterclaim Defendant Gander Mountain Company and Defendant/Counterclaim Plaintiff World Financial Network National Bank through their respective attorneys, pursuant to Federal Rule of Civil Procedure 41, hereby dismiss this action, and all claims and counterclaims therein, with prejudice. As grounds, Gander Mountain Company and World Financial Network National Bank state that the parties have resolved all differences between them and they seek to have their various claims and counterclaims dismissed with prejudice. Each party is to bear its own costs and fees, including attorneys' fees.

WHEREFORE, the parties respectfully request that the Court enter an order dismissing this case, and all claims and counterclaims therein, with prejudice.

Respectfully Submitted,

| /s/ Kimberly M. Bousquet | /s/Burt M. Rublin |
|---|---|
| Edward T. Wahl (#15409X) | Alan H. Maclin (#66102) |
| Jane E. Maschka (#0389130) | Brent R. Lindahl (#286862) |
| 2200 Wells Fargo Center | BRIGGS AND MORGAN, P.A. |
| 90 South Seventh Street | 2200 IDS Center |
| Minneapolis, MN55402-3901 | 80 South 8th Street |

| | |
|---|---|
| Telephone: (612) 766-7000<br>Facsimile: (612) 766-1600<br><br>and<br><br>Dudley Von Holt, *of counsel*<br>Kimberly M. Bousquet, *of counsel*<br>THOMPSON COBURN LLP<br>One US Bank Plaza<br>St. Louis, MO 63101<br>Telephone: (314) 552-6000<br>Facsimile: (314) 552-7000<br>dvonhot@thompsoncoburn.com<br>kbousquet@thompsoncoburn.com<br><br>*Attorneys for Plaintiff*<br>*Gander Mountain Company* | Minneapolis, MN 55402<br>Telephone: (612) 977-8434<br>Facsimile: (612) 977-8650<br>amaclin@briggs.com<br>blindahl@briggs.com<br><br>and<br><br>Alan S. Kaplinsky<br>Burt M. Rublin<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>Telephone: (215) 655-8500<br>Facsimile: (215) 864-8999<br>kaplinsky@ballardspahr.com<br>rublin@ballardspahr.com<br><br>*Attorneys for Defendant*<br>*World Financial Network National Bank* |